UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | : | Honorable Dennis M. Cavanaugh |
| v. | : | Criminal No. 11-750 |
| BRUCE HOFFMAN<br>*Defendant.* | : | FINAL ORDER OF FORFEITURE |

**WHEREAS**, on October 31, 2011, an Information was filed charging defendant Bruce Hoffman with receiving stolen property in violation of 18 U.S.C. § 2315; and

**WHEREAS,** on October 31, 2011, the United States and defendant Bruce Hoffman entered into a Plea Agreement whereby defendant Bruce Hoffman agreed to the forfeiture of $50,000 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

**WHEREAS**, on or about October 31, 2011, the defendant Bruce Hoffman paid in full the $50,000 United States currency to the United States; and

**WHEREAS,** on February 3, 2012, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and defendant Bruce Hoffman pursuant to the terms of the Plea Agreement, under which the defendant agreed, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to the forfeiture of $50,000 in United States currency (the "Property"); and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1) a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on June 13, 2012, and running for thirty consecutive days through July 12, 2012; and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against $50,000 in United States currency, and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshal Services management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal Services into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 15 day of Oct , 2012.

HONORABLE DENNIS M. CAVANAUGH
United States District Judge